**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | CASE NUMBER |
|---|---|
| PLAINTIFF(S)<br>v.<br><br>DEFENDANT(S). | **JUDGMENT ON THE VERDICT<br>FOR DEFENDANT(S)** |

JOSEPHINE STATON TUCKER

This action having been tried before the Court sitting with a jury, the Honorable _____, District Judge, presiding; the issues having been duly tried and the jury having duly rendered its verdict.

IT IS ORDERED AND ADJUDGED that the plaintiff(s):

_____

_____

_____

take nothing; that the action be dismissed on the merits; and that the defendant(s):

_____

_____

_____

recover of the plaintiff(s) its costs of action, taxed in the sum of _____.

Clerk, U. S. District Court

Dated: _____    By _____
                                    Deputy Clerk

At: _____

cc:   Counsel of record

CV-44 (11/96)                **JUDGMENT ON THE VERDICT FOR DEFENDANT(S)**